AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KELECHI COLLINS UMEH, a/k/a "Bishop," a/k/a "Jacob Emmanuel," a/k/a "James Emmanuel," a/k/a "Kelvin Thomas," a/k/a "Paul Douglas," a/k/a "Brian Morgan," a/k/a "John Isiah," | )  Case No.   22-mj-1286-DLC ) ) ) ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2018 - 2020_____ in the county of _____Suffolk_____ in the _____ District of _____Massachusetts_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 1349 | Conspiracy to commit bank fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Aaron Lindaman, Special Agent Homeland Security
*Printed name and title*

Sworn to before me by telephone or other reliable electronic means under Fed. R. Crim. P. 4.1.

Date:  7/22/2022

_____
*Judge's signature*

City and state:          Boston, MA                    Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*